UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RALPH ARREGUIN, | ) |
| Petitioner, | ) Case No. SACV 13-199 JFW (AJW) |
| v. | ) |
| DANIEL PARAMO, | ) ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: September 24, 2013

_____
John F. Walter
United States District Judge