JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RALPH ARREGUIN, | )<br>) |
| Petitioner, | ) No. SACV 13-199-JFW(AJW)<br>) |
| vs. | )<br>) |
| DANIEL PARAMO, | ) JUDGMENT<br>) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: September 24, 2013

_____
John F. Walter
United States District Judge